DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AJAIB MANN M.D.** and **AJAIB S. MANN HOSPITALISTS, INC.,**
Appellants,

v.

**GARY PETTIGROSSI,** as Personal Representative of the Estates of
**ANN PETTIGROSSI** and **GERARD PETTIGROSSI,**
Appellees.

No. 4D17-1627

[June 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE14013975.

Dinah Stein of Hicks Porter, Ebenfeld & Stein, P.A., Miami, and Michael A. Petruccelli and Steven A. Osher of Petruccelli & Osher, P.A., Fort Lauderdale, for appellants.

Bryan S. Gowdy and Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville, for appellees.

Peter K. Spillis and Anthony H. Quackenbush of Kelley/Uustal, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***